## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| M.B.K. SALES, LLC, a Florida limited liability company, | |
| Plaintiff, | |
| v. | Case No. 2:19-cv-643-FtM-38MRM |
| DESIGNS BY FMC, INC. a New York corporation, | |
| Defendant. _____/ | |
| DESIGNS BY FMC, INC., | |
| Counter-Plaintiff, | |
| v. | |
| M.B.K. SALES, LLC, LISA A. KOHAN, MICHAEL B. KOHAN, and LK SQUARED, FASHION GROUP INCORPORATED, | |
| Counter-Defendants. | |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR PARTIAL SUMMARY JUDGMENT

STATE OF FLORIDA   )
                   )
COUNTY OF COLLIER  )

BEFORE ME, the undersigned authority duly authorized in the State of Florida, County of Collier to take acknowledgements and administer oaths,

1

personally appeared Michael B. Kohan who, after being duly sworn on oath, according to law, deposes and says as follows:

1. My name is Michael B. Kohan. I am the manager of M.B.K. Sales, LLC ("MBK"), Plaintiff/Counter-Defendant in the above styled action.

2. I make all statements contained in this Affidavit based upon my personal knowledge and in support of Plaintiff / Counter-Defendant M.B.K. Sales, LLC and Counter-Defendants LK Squared, Fashion Group Incorporated, Michael B. Kohan and Lisa A. Kohan's Motion for Partial Summary Judgment in the above styled action.

3. In 1992, I began working as an independent manufacturer's representative for Designs by F.M.C, Inc. ("FMC"), a manufacturer and importer of jewelry, under an oral agreement with William Nussen, principal of FMC.

4. FMC's website states that FMC "was founded in 1976 [and] [t]hrough hard work and focus on customer case Designs by FMC flourished and is now renowned for [its] experience, quality and style." (See screenshot of FMC's website, http://www.designsbyfmc.net/, attached hereto as Exhibit A)

5. According to Dun & Bradstreet, FMC is a company with 175 employees and annual revenue of over $49 million. (See screenshot from Dun & Bradstreet, https://www.dnb.com/business-directory/company-

profiles.designs_by_fmc_inc.3e8c65a28196f7c4cc9dd4ea95aac6c0.html, attached hereto as Exhibit B)

6. I worked as an independent manufacturer's representative for FMC in an individual capacity until October 2001, when I formed M.B.K. Sales, LLC as a legal entity in the State of Florida. Thereafter, I operated solely under MBK.

7. As part of my business relationship with FMC, FMC maintained salesman commission reports for me.

8. I received commission payments for my services from FMC via wire transfer or check.

9. At all times, my relationship with FMC was strictly an arms-length business relationship.

10. Because I was an independent manufacturer's representative, I represented other jewelry companies during my business relationship with FMC.

11. At no time did FMC ask or impose duties upon me, or my company MBK, to advise, counsel or protect FMC, nor did I or MBK voluntarily undertake such duties.

FURTHER AFFIANT SAYETH NAUGHT.

By: *Michael B. Kohan*
Michael B. Kohan, individually and
as Manager of M.B.K. Sales, LLC

SWORN TO AND SUBSCRIBED before me on this 25th day of February 2021, by Michael B. Kohan, individually and as Manager of M.B.K. Sales, LLC, who has produced _____ as identification or <u>who is personally known to me</u> and who did not take an oath.

_____
Notary Public

My Commission Expires:

